SKELCEY v. DETROIT ESTATES CORPORATION.

This case is controlled by *Hall* v. *Detroit Estates Corp.*, *ante*, 121.

Appeal from Wayne; Rathbun (G. Arthur), J., presiding. Submitted October 7, 1931. (Docket No. 28, Calendar No. 35,552.) Decided December 8, 1931.

Bill by Estella Skelcey, trust mortgage bondholder, against Detroit Estates Corporation, a Mich-

igan corporation, and others to set aside certain conveyances and transactions. From order denying dismissal of bill, defendants appeal. Reversed, and remanded.

*Walter M. Nelson,* for plaintiff.

*Bulkley, Ledyard, Dickinson & Wright,* for defendant Union Guardian Trust Company.

*Warren, Hill & Hamblen,* for defendant National Bank of Commerce of Detroit.

*Yerkes, Goddard & McClintock,* for defendant Fidelity Bank & Trust Company and Andrew C. Sisman Company.

*Sempliner, Dewey, Stanton & Bushnell,* for defendant Milton Strauss Corporation.

CLARK, J. Dismissal of amended bill of complaint was declined. Defendants have appealed. Facts are stated in companion case of *Hall* v. *Detroit Estates Corporation, ante,* 121, decision of which is here controlling.

Reversed. Costs to appellants. Cause remanded with direction to permit transfer to the law side within 20 days, and on failure so to transfer, to dismiss the bill.

WIEST, McDONALD, POTTER, SHARPE, NORTH, and FEAD, JJ., concurred. BUTZEL, C. J., did not sit.